UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

CITY OF SAINT PAUL,

Plaintiff,

BLACKFEM, INC.; 10SEVEN, LLC;
and THE 10SEVEN PROJECT, INC.,

Defendants.

Case No. 25-CV-4098 (PJS/SGE)

BRIEFING ORDER

---

The Court has been informed that plaintiff and defendant BlackFem, Inc. intend to bring cross-motions for summary judgment. The motions have been scheduled for Monday, November 30, 2026 at 8:30 am in Courtroom 15 (MPLS) before Judge Patrick J. Schiltz. The Court directs that the cross-motions be briefed as follows:

1. **Defendant BlackFem, Inc.'s Principal Memorandum.** On October 13, 2026, defendant BlackFem, Inc. must file a memorandum in support of its motion for summary judgment.

2. **Plaintiff's Principal and Response Memorandum.** By October 27, 2026, plaintiff must file a memorandum in support of its motion for summary judgment and must, in the same memorandum, respond to defendant BlackFem, Inc.'s memorandum in support of its motion for summary judgment.

3. **Defendant BlackFem, Inc.'s Response and Reply Memorandum.** By November

10, 2026, defendant BlackFem, Inc. must file a memorandum that responds to plaintiff's memorandum in support of its motion for summary judgment and may, in the same memorandum, reply to plaintiff's response to defendant BlackFem, Inc.'s motion for summary judgment.

**4. Plaintiff's Reply Memorandum.** By November 24, 2026, plaintiff may file a memorandum in reply to defendant BlackFem, Inc.'s response to plaintiff's motion for summary judgment.

Plaintiff's two memoranda together must not exceed 12,000 words. Defendant BlackFem, Inc.'s two memoranda together must not exceed 12,000 words. To the extent a party's summary judgment motion depends on the exclusion of expert testimony under *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993), the *Daubert* arguments must be made as part of that party's summary judgment motion and not in a separate *Daubert* motion. *Daubert* arguments that are not part of a party's summary judgment motion but instead seek to exclude testimony from being admitted in the event of a trial should be brought as pretrial motions in limine in accordance with the trial notice. Trial notices are issued after the Court resolves the parties' summary judgment motions. Except insofar as this order is to the contrary, all memoranda must comply with the Federal Rules of Civil Procedure and Local Rules of the District of Minnesota.

SO ORDERED.

Dated: July 8, 2026                    /s/ Patrick J. Schiltz
                                       Patrick J. Schiltz
                                       United States District Judge